IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDA JACOBS | : | CIVIL ACTION |
| | : | |
| v. | : | No. 26-394 |
| | : | |
| OSCAR B. JONES | : | |
| | : | |

**ORDER**

AND NOW, this day 2nd of February, 2026, it is ORDERED a telephonic Rule 16 conference will be held in the above-captioned matter on February 12, 2026, at 10:00 a.m. Counsel are required to complete Rule 26(a) disclosures, to confer pursuant to Rule 26(f), and to complete and submit to the Court the Joint Rule 16 Conference Information Report included in Judge Sánchez's procedures at least 24 hours prior to the Rule 16 conference.[1]  Dial-in information for the call will be circulated separately.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] Judge Sánchez's procedures are available at www.paed.uscourts.gov.