IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA A. JACOBS<br>V.<br>OSCAR B. JONES | Civil Action No.  26-394 PAC |

**RULE 16 CONFERENCE SCHEDULING ORDER**

**AND NOW**, this 23rd   day of  FEBRUARY, 2026, it is ORDERED that a **ZOOM** Rule 16 Scheduling Conference in the above-captioned case will be held on **TUESDAY, MARCH 31, 2026 AT 2:30 PM** before the Honorable Pamela A. Carlos, United States Magistrate Judge.  *The Zoom link will be provided to the parties on the morning of the conference.*

THE COURT HAS ISSUED PROTOCOLS FOR REMOTE PROECEEDINGS WHICH CAN BE FOUND IN THE 'NEWS AND ANNOUNCEMENTS' SECTION OF THE COURT'S WEBSITE - www.paed.uscourts.gov. COUNSEL AND ALL CONFERENCE PARTICIPANTS ARE EXPECTED TO BE FAMILIAR WITH AND TO FOLLOW SAME.

IT IS FURTHER ORDERED that the lead trial counsel of record for each party shall participate in the conference.

**CONTINUANCE REQUESTS SHOULD BE MADE *VIA DOCKETED LETTER* TO THE COURT WITHIN FOURTEEN (14) DAYS OF RECEIPT OF THIS NOTICE. THE LETTER REQUEST SHALL INDICATE WHETHER OR NOT THE REQUEST FOR CONTINUANCE IS OPPOSED. CONTINUANCE REQUESTS WILL ONLY BE GRANTED FOR THE MOST COMPELLING REASONS.**

AT THE RULE 16 CONFERENCE, counsel shall be prepared to discuss the following:

1. Deadlines for:

    (a) discovery, including examination or inspection and the submission of expert reports;

    (b) dispositive motions and Daubert motions;

    (c) motions in limine; and

    (d) pre-trial memoranda, including submission of proposed juror *voir dire* and points for charge.

2. Scheduling and referral to a United States Magistrate Judge for settlement conference.

3. Proposed trial dates. (Counsel shall have their trial calendars with them).

4. Length of trial.

5. Other scheduling considerations.

6. Any unique or unusual factual, legal, or procedural aspects of the case.

<u>IT IS FURTHER ORDERED</u> that Counsel are further directed to provide a Conference Summary and Case Synopsis to Chambers, by Email on or before **MONDAY, MARCH 23, 2026.** The Email address is PAED_Carlos_Chambers@paed.uscourts.gov. The Conference Summary and Case Synopsis shall include:

1. Identification of any pending motions

2. Any other relevant matters

3. A case synopsis, **limited to two pages**, which shall be in **Microsoft Word**

This Email address shall be used for no other purposes unless prior permission it granted.

        BY THE COURT:
        ATTEST

        <u>/ss/ CARLENE L. NICE</u>
        DEPUTY CLERK TO PAMELA A. CARLOS, USMJ
        FOR INFORMATION CONTACT CHAMBERS
        Phone: 610-434-3823
        Email: PAED_Carlos_Chambers@paed.uscourts.gov