**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| LINDA A. JACOBS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| OSCAR B. JONES, | : | No. 26-394 |
| Defendant. | : | |
| | : | |

**ORDER**

**AND NOW,** this 30th day of March, 2026, upon consideration of Plaintiff Linda A. Jacobs's request for default (ECF No. 5), and Defendant Oscar B. Jones' response thereto, and good cause appearing, it is hereby **ORDERED** that the request is **DENIED.** *Momah v. Albert Einstein Medical Center*, 161 F.R.D. 304, 307 (E.D. Pa. 1995) ("Generally, courts look upon the default procedure with disfavor because the interests of justice are best served by obtaining a decision on the merits.").[1]

BY THE COURT:

_s/Pamela A. Carlos_____
PAMELA A. CARLOS
U.S. Magistrate Judge

---

[1] *See also* WRIGHT & MILLER, FED. PRAC. & PROC. § 2682 ("[I]f defendant appears and indicates a desire to contest the action, the court can exercise its discretion and refuse to enter a default. This approach is in line with the general policy that whenever there is doubt whether a default should be entered, the court ought to allow the case to be tried on the merits.").