**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| | : | |
| LINDA A. JACOBS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| OSCAR B. JONES, | : | No. 26-394 |
| Defendant. | : | |
| | : | |

**<u>ORDER</u>**

**AND NOW,** this 21st day of April, 2026, upon consideration of defense counsel's motion for leave to withdraw their representation (ECF No. 23), and plaintiff's response thereto (ECF No. 24), it is hereby **ORDERED** that Defendant Oscar B. Jones shall submit to the Court an affidavit confirming that he does not oppose his counsel's withdrawal from the above-captioned matter and that he intends to proceed *pro se* in this litigation, **no later than April 28, 2026**. In addition, Mr. Jones must affirm that he understands that if he represents himself, he must, in accordance with the Local Rules, disclose an email address and a physical mailing address to accept service of court filings. *See* Local Rule 5.1(b). These addresses will be entered on the public docket consistent with the Court's general practice.

It is **FURTHER ORDERED** that defense counsel shall immediately provide Mr. Jones with a copy of this Order and the Eastern District of Pennsylvania's Notice of Guidelines for Representing Yourself (Appearing "*Pro Se*") in Federal Court,[1] along with a certificate of service on the docket.

---

[1] This may be found on the Eastern District of Pennsylvania's website. *See* https://www.paed.uscourts.gov/sites/paed/files/documents/ntcproseguide.pdf .

Finally, all parties are reminded that they are expected to conduct themselves in a respectful and civil manner throughout the course of this litigation, and failure to abide by court orders may result in sanctions.

BY THE COURT:


_s/Pamela A. Carlos_____
PAMELA A. CARLOS
U.S. Magistrate Judge