**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| LINDA A. JACOBS, | : | CIVIL ACTION |
| Plaintiff, | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| OSCAR B. JONES, | : | No. 26-394 |
| Defendant. | : |  |
|  | : |  |

## ORDER

**AND NOW,** this 24th day of July, 2026, upon consideration of Plaintiff Linda A. Jacobs' letter filed on this date (ECF No. 38), it is hereby **ORDERED** that an on-the-record discovery conference will be held by **ZOOM** on **Wednesday, July 29, 2026, at 4:30 p.m. E.S.T.** A Zoom link will be provided to the parties on the morning of the conference.

BY THE COURT:

_s/Pamela A. Carlos_____
PAMELA A. CARLOS
U.S. Magistrate Judge