**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LINDA A. JACOBS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| OSCAR B. JONES, | : | No. 26-394 |
| Defendant. | : | |
| | : | |

## **ORDER**

**AND NOW,** this 7th day of August, 2026, upon consideration of Non-Party Steven B.

Jacobs's Motion to Quash Defendant's DraftKings Subpoena (ECF No. 43), it is hereby

**ORDERED** that Defendant shall respond to the motion **no later than August 14, 2026.**

BY THE COURT:


 *s/Pamela A. Carlos*_____
PAMELA A. CARLOS
U.S. Magistrate Judge