**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| LINDA A. JACOBS,<br>　　　　　Plaintiff, | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : <br> : | |
| OSCAR B. JONES,<br>　　　　　Defendant. | : <br> : <br> : | No. 26-394 |

**ORDER**

**AND NOW,** this 11th day of August, 2026, upon consideration of Defendant's Cross-Motion to Compel Production (ECF No. 46), Defendant's Motion for Leave to Serve Subpoena (ECF No. 47), Defendant's letter dated August 10, 2026 (ECF No. 48), and Non-Party Steven B. Jacobs' letter dated August 10, 2026 (ECF No. 49), it is hereby **ORDERED as follows:**

1. Defendant Oscar B. Jones shall provide Non-Party DraftKings, Inc., with a copy of his motion to compel (ECF No. 46) and a copy of this order **immediately** and file a certificate of service on the docket.

2. Non-party DraftKings, Inc. shall respond to the Defendant's Motion to Compel (ECF No. 46), **no later than August 17, 2026.**

3. Non-party Steven B. Jacobs shall respond to Defendant's Motion for Leave to Serve Subpoena (ECF No. 47), **no later than August 17, 2026.**

4. Non-Party Steven B. Jacobs' request in his letter dated August 10, 2026 (ECF No. 49) for oral argument is **DENIED.**

5.  Non-Party Steven B. Jacobs' request in his letter dated August 10, 2026 (ECF No. 49) for leave to file a supplemental declaration is **GRANTED**. The attached supplemental declaration (ECF No. 49, at 3–11) is **DEEMED** filed.

6.  Non-Party Steven B. Jacobs' letter dated August 10, 2026 (ECF No. 49) is construed as a letter motion to quash Defendant's Non-Party Subpoena of Kaufman & Kahn LLP. Defendant Oscar B. Jones is directed to respond to the motion to quash, **no later than August 17, 2026.**

BY THE COURT:

_s/Pamela A. Carlos_____
PAMELA A. CARLOS
U.S. Magistrate Judge