**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LINDA A. JACOBS, Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| OSCAR B. JONES, Defendant. | : | No. 26-394 |

**<u>SHOW CAUSE ORDER</u>**

**AND NOW,** this 22nd day of September, 2026, upon consideration of Non-Party Steven B. Jacobs's emergency letter request for further sanctions (ECF No. 76), and good cause appearing, it is hereby **ORDERED** that Defendant Oscar B. Jones shall **SHOW CAUSE** in writing as to why he should not be held in contempt and further sanctioned (monetary or otherwise) as outlined in Mr. Jacobs' letter, no later than **<u>Wednesday, September 23, 2026, at 5:00 p.m. Eastern Daylight Time</u>.**

BY THE COURT:

*s/Pamela A. Carlos*
PAMELA A. CARLOS
U.S. Magistrate Judge