IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDA A JACOBS | : | CIVIL ACTION |
| Plaintiff, | : | NO. 26-394 |
| v. | : | |
| OSCAR B JONES | : | |
| | : | |
| Defendant. | | |

# **O R D E R**

AND NOW, this 16th day of November 2026, IT IS HEREBY ORDERED that a TELEPHONIC status conference is scheduled before the undersigned on November 19, 2026 at 10:30 a.m. Court staff will email the conference line information.

The senior attorney in charge of the matter for each of the parties is required to personally participate at the conference call. In the event senior counsel is unable to participate, he or she shall arrange for a representative familiar with the case to be present at the time of the conference call.

BY THE COURT:

*/s/ Caroline Goldner Cinquanto*
CAROLINE GOLDNER CINQUANTO
UNITED STATES MAGISTRATE JUDGE