IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDA A. JACOBS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| OSCAR B. JONES | : | NO. 26-394 |

**ORDER**

AND NOW, this 20th day of November 2026, upon consideration of the parties' letter submissions to the court dated October 30 through November 3, 2026, and following a teleconference with counsel for Plaintiff ("Mr. Maynard") and pro se Plaintiff ("Mr. Jones") held on November 19, 2026, during which the Court ruled that there has been no breach of the parties' settlement agreement ("Agreement"), IT IS HEREBY ORDERED:

1. Mr. Jones must delete all of the posts identified by Mr. Maynard in the letters of October 30 and November 3, 2026, by **November 20, 2026 at 5:00 p.m.** Within one hour of that deadline, or **by 6:00 p.m. on November 20, 2026**, Mr. Maynard shall verify that the identified posts have been deleted. The deletions and verifications should be documented by the respective parties, but need not be provided to the court unless required at a later time.

2. Mr. Jones must delete and destroy any materials implicated in Paragraph 6 of his Certificate of Compliance, or anything derivative of such materials.

3. Mr. Maynard shall provide chambers with the written Agreement for review. Mr. Jones will not be required to sign the Agreement if its language does not track with the transcript of the settlement proceeding.

4. A status teleconference shall be held on **Monday, November 23, 2026, at 4:30 p.m.**, during which Mr. Maynard and Mr. Jones shall be prepared to discuss:

    a. Whether the written Agreement accurately tracks the transcript of the settlement proceedings;

    b. Whether Mr. Jones has deleted the posts identified in the letters of October 30 and November 3, 2026;

c. Whether Mr. Jones has deleted everything implicated by Paragraph 6 of his Certificate of Compliance;

d. Whether there are any other social media posts which Plaintiff contends to be in violation of the Agreement. If so, these shall be listed with specificity. The operative standard is whether a reasonable person would believe that the contested post(s) refers to Plaintiff. Judge Cinquanto will rule on a sliding scale as to whether any identified item is in breach of the Agreement.

5. Additional status teleconferences will be held approximately every two weeks until the 90-day period of court oversight passes.

BY THE COURT:

*/s/ Caroline Goldner Cinquanto*

____________________________________
CAROLINE GOLDNER CINQUANTO
UNITED STATES MAGISTRATE JUDGE