IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDA A. JACOBS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| OSCAR B. JONES | : | NO. 26-394 |

**ORDER**

AND NOW, this 25th day of November 2026, upon consideration of Plaintiff's counsel's request to reschedule a hearing in this matter scheduled for Tuesday, January 5, 2027, at 10:00 a.m., see Doc. 118 ¶4, IT IS HEREBY ORDERED that the request is GRANTED.

IT IS FURTHER ORDERED that the January 5, 2027 hearing is CANCELLED and RESCHEDULED for **Friday, January 15, 2027, at 2:00 p.m.**, in Courtroom 3-D.

BY THE COURT:

*/s/ Caroline Goldner Cinquanto*

CAROLINE GOLDNER CINQUANTO
UNITED STATES MAGISTRATE JUDGE